

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2013

**BY FAX**

The Honorable Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/13
```

    Re:   <u>United States v. Darwin Melo</u>,
           08 Cr. 1050 (LBS)

Dear Judge Sand:

    On November 29, 2012, the Darwin Melo, through counsel, submitted a letter to Your Honor requesting resentencing pursuant to Federal Rule of Criminal Procedure 35. On December 3, 2012, Your Honor entered an Order directing the United States Attorney for the Southern District of New York to respond by ~~January 20, 2012~~. Since the AUSA who originally handled this matter has since left the United States Attorney's Office, no one received Your Honor's Order. In light of the foregoing, the Government respectfully requests two weeks to respond. Were the Court to grant this request, the Government's response would be due by January 16, 2013.

# MEMO ENDORSED

*Leonard B. Sand*
Adjournment granted on
consent.
01/03/13

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   <u>s/Aimee Hector</u>
       Aimee Hector / Natalie Lamarque
       Assistant United States Attorneys
       (212) 637-2203 / 2206

cc:   J. Roberto Cardenas (by email)